STATE OF NORTH CAROLINA v. ROY DAVID ORR

No. 7318SC207

(Filed 13 June 1973)

Criminal Law § 23— guilty plea

Defendant's guilty plea was accepted by the State only after due inquiry and proper adjudication by the court that it was freely and voluntarily made.

APPEAL by defendant from *Crissman, Judge,* 9 October 1972, Regular Criminal Session, Superior Court, GUILFORD County, Greensboro Division.

Defendant was tried on two bills of indictment, each charging him with one count of forgery and one count of uttering a forged instrument. He tendered a plea of guilty in each case to the misdemeanor of attempted forgery. The plea was accepted by the State. Judgment was entered sentencing defendant to a term of 18 months in each case, the sentence in the second case to begin at the expiration of the sentence in the first case. Defendant appealed. He was represented at trial and is represented here by counsel furnished him by the State of North Carolina through the Public Defense program.

*Attorney General Morgan, by Associate Attorney Poole, for the State.*

*Public Defender Harrelson for defendant appellant.*

MORRIS, Judge.

This is another appeal at State's expense by an indigent defendant after a plea of guilty. His plea was accepted by the State only after due inquiry and proper adjudication by the court that it was freely and voluntarily made. The transcript

State v. Orr

of his plea and the court's adjudication appear of record. The sentences imposed were within the statutory limit.

Affirmed.

Judges CAMPBELL and BRITT concur.